New York's 529
# Advisor Guided
College Savings Program

New York's 529 Advisor-Guided College Savings Program
PO Box 55498 | Boston, MA 02205-5498

**Questions?**

☎ Customer Care: 1-800-774-2108
Monday through Friday, 8 a.m. to 7 p.m. ET.

✉ Email:
ny.529advisor@jpmorgan.com

💻 Internet Access at:
www.ny529advisor.com



CRAIG S FORSTER
36 OVERBROOK DR
MILLWOOD NY 10546-1033

| | |
|---|---|
| Dealer Name: | Wells Fargo Clearing Services, LLC |
| Rep. Name: | Unknown Wells Fargo Clearing Services |
| Address: | 1525 W W T Harris Blvd Bldg 3 Charlotte NC 28262 |

---

**Important Year-end Information!**

**Tax Forms:** Contributions to 529 plans do not generate tax forms. However, if you took a withdrawal from your NY 529 plan in 2017, you will receive a 1099-Q tax form. This form will be mailed or made available electronically no later than January 31, 2018, based on your selected account preferences. Tax forms and up-to-date transaction history can be accessed by logging on to www.ny529advisor.com.

**State Tax Reporting:** Contributions that do not appear on this statement but were submitted online or postmarked by December 31, 2017 may have received a 2017 contribution year for tax reporting purposes. For more up-to-date account information and a complete view of 2017 contributions, review the Transactions section of your account by logging on to www.ny529advisor.com.

It's easy to contribute! Login to www.ny529advisor.com and add to your Advisor-Guided Plan account through Electronic Bank Transfer (EBT) or Automatic Investment Plan (AIP) from your checking or savings account. Contribution checks mailed to the Program address at the top of this statement may be made payable to "New York's 529 Advisor-Guided Program." Please be sure to write the beneficiary's account number on the check. Learn more in the Advisor-Guided Plan Disclosure Booklet and through your financial advisor.

## Account Statement

**Statement Period**
October 1, 2017 - December 31, 2017

| Account Owner | Beneficiary | Account # | Account Type |
|---|---|---|---|
| CRAIG S FORSTER | ▓▓▓▓ FORSTER | ▓▓▓▓▓▓▓01 | Individual 529 |

### Statement Summary

| | | Statement Totals | Year-to-date Totals |
|---|---|---|---|
| Account Balance Period Beginning (10/01/2017) | | | $461.18 |
| Account Balance Period Ending (12/31/2017) | | | $462.10 |
| Current Year Contributions - All Sources | | $0.00 | $0.00 |
| Current Year - Fees | | $0.00 | -$25.00 |

### Investment Summary

| Fund Code | Portfolio Name | Units | Unit Price | Value |
|---|---|---|---|---|
| 5758 | JPMorgan 529 U.S. Government Money Market Portfolio - C | 45.9800 | $10.05 | $462.10 |

| | | |
|---|---|---|
| | Total Portfolio Net Worth: | $462.10 |
| | Principal: | $371.43 |
| | Earnings: | $90.67 |





P.O. Box 55440
Boston, MA 02205-8323

**Questions?**

☎ **Contact NY's 529 Plan:** 1-877-697-2837
Monday through Friday
8:00 a.m. to 9:00 p.m. Eastern time.

✉ **Email:**
NY529@nysaves.org

💻 **Internet Access at:**
www.nysaves.org

📖 **Learn About Upromise at:**
http://www.upromise.com/nyd

Craig S Forster
36 Overbrook Drive
Millwood NY 10546-1033

---

**Important Year-end Information!**

**Tax Forms:** Contributions to 529 plans do not generate tax forms. However, if you took a withdrawal from your NY 529 plan in 2017, you will receive a 1099-Q tax form. This form will be mailed or made available electronically no later than January 31, 2018, based on your selected account preferences. Tax forms and up-to-date transaction history can be accessed by logging on to www.nysaves.org.

**State Tax Reporting:** Contributions that do not appear on this statement but were submitted online or postmarked by December 31, 2017 may have received a 2017 contribution year for tax reporting purposes. For more up-to-date account information and a complete view of 2017 contributions, review the Transactions section of your account by logging on to www.nysaves.org.

## Account Statement

**Statement Period**
October 1, 2017 - December 31, 2017

| Account Owner | Beneficiary | Account # | Account Type |
|---|---|---|---|
| Craig S Forster | A[...] Forster | [redacted] | Individual 529 |

### Statement Summary

| | | Statement Totals | Year-to-date Totals |
|---|---|---|---|
| Account Balance Period Beginning (10/01/2017) | | | $450.86 |
| Account Balance Period Ending (12/31/2017) | | | $453.05 |
| Current Year Contributions - All Sources | | $0.00 | $0.00 |
| Current Year - Withdrawals | | $0.00 | -$350.00 |

### Investment Summary

| Portfolio Name | Units | Unit Price | Value |
|---|---|---|---|
| Interest Accumulation Portfolio | 36.5071 | $12.41 | $453.05 |
| | Total Portfolio Net Worth: | | $453.05 |
| | Principal: | | $280.93 |
| | Earnings: | | $172.12 |





**NY's 529**
College Savings Program

P.O. Box 55440
Boston, MA 02205-8323

### Questions?

☎ **Contact NY's 529 Plan:** 1-877-697-2837
Monday through Friday
8:00 a.m. to 9:00 p.m. Eastern time.

✉ **Email:**
NY529@nysaves.org

🖥 **Internet Access at:**
www.nysaves.org

**Learn About Upromise at:**
http://www.upromise.com/nyd



Craig S Forster
36 Overbrook Drive
Millwood NY 10546-1033

---

**Important Year-end Information!**

**Tax Forms:** Contributions to 529 plans do not generate tax forms. However, if you took a withdrawal from your NY 529 plan in 2017, you will receive a 1099-Q tax form. This form will be mailed or made available electronically no later than January 31, 2018, based on your selected account preferences. Tax forms and up-to-date transaction history can be accessed by logging on to www.nysaves.org.

**State Tax Reporting:** Contributions that do not appear on this statement but were submitted online or postmarked by December 31, 2017 may have received a 2017 contribution year for tax reporting purposes. For more up-to-date account information and a complete view of 2017 contributions, review the Transactions section of your account by logging on to www.nysaves.org.

## Account Statement

**Statement Period**
October 1, 2017 - December 31, 2017

| Account Owner | Beneficiary | Account Type |
|---|---|---|
| Craig S Forster | Forster | Individual 529 |

### Statement Summary

| | | | |
|---|---|---|---|
| Account Balance Period Beginning (10/01/2017) | | | $410.06 |
| Account Balance Period Ending (12/31/2017) | | | $412.05 |
| | **Statement Totals** | **Year-to-date Totals** | |
| Current Year Contributions - All Sources | $0.00 | $0.00 | |
| Current Year - Withdrawals | $0.00 | -$300.00 | |

### Investment Summary

| Portfolio Name | Units | Unit Price | Value |
|---|---|---|---|
| Interest Accumulation Portfolio | 33.2034 | $12.41 | $412.05 |
| | | **Total Portfolio Net Worth:** | $412.05 |
| | | **Principal:** | $255.73 |
| | | **Earnings:** | $156.32 |



137717 TR1  50696  P60662 3100003  227838  STM  307700781-01 PDN-P  1715970 1R1 #23050339-00%056  HE1-7